# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 16, 2023

Lyle W. Cayce
Clerk

———————————

No. 22-40400
Summary Calendar

———————————

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs ᴏꜰ Aᴍᴇʀɪᴄᴀ,

*Plaintiff—Appellee*,

*versus*

Jᴜʟɪᴏ Aɴɪʟʙᴇʀ Cᴀsᴛᴇʟʟᴀɴᴏs-Sᴀʟᴀᴍᴀɴᴄᴀ,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:22-CR-46-1

———————————————————————

Before Sᴛᴇᴡᴀʀᴛ, Dᴇɴɴɪs, and Wɪʟʟᴇᴛᴛ, *Circuit Judges.*

Pᴇʀ Cᴜʀɪᴀᴍ:[*]

The Federal Public Defender appointed to represent Julio Anilber Castellanos-Salamanca has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Castellanos-Salamanca has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that

———————————————

[*] This opinion is not designated for publication. *See* 5ᴛʜ Cɪʀ. R. 47.5.

No. 22-40400

the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.